UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN M. ANEST,<br><br>    Plaintiff,<br><br>  v.<br><br>LT. CATHY DANIEL, CPL. MAYGUARD, CAPT. THOMPSON, SGT. MAGNUSON, OFFICER BROWN, OFFICER WIDENER, OFFICER MUMOZ, CAPT. KENNEDY, OFFICER MANSFIELD, and CPL. WILSON,<br><br>    Defendants. | NO.  CV-06-221-RHW<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

    BEFORE THE COURT is Plaintiff Justin M. Anest's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a) (Ct. Rec. 18).  Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 18) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

    Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 17) is **GRANTED** and the institution having custody of Mr. Anest shall cease collection of the filing fee in this action, cause number **CV-06-221-RHW.  IT IS**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

**FURTHER ORDERED** all pending motions are **DENIED as moot.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and **close the file**.  The District Court Executive is further directed to send a copy of this Order to the **Spokane County Jail, Attn: Jail Office Supervisor, W. 1100 Mallon, Spokane, WA  99260**, to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall provide** a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 24th day of October 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2006\Anest\6cv221rhw-10-18vdisc.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2